IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RACHEL JUVERA

V.                     4:04CR00147-10-WRW
                       4:07CV00838-WRW

UNITED STATES OF AMERICA

### ORDER

Pending is Petitioner's Motions to Vacate Under 28 U.S.C. § 2255 (Doc. No. 593).

**I.    BACKGROUND**

On March 24, 2006, Petitioner pled guilty to Count 1 of the Fifth Superseding Indictment -- conspiracy to distribute more than 1,000 kgs or marijuana, a violation fo 21 U.S.C. §§ 841(a)(1) and 846.[1]  On July 6, 2006, Petitioner was sentenced to 121 months in prison.[2]  Petitioner did not file an appeal with the Eighth Circuit Court of Appeals.

**II.   DISCUSSION**

There is a one-year status of limitations for actions brought under 28 U.S.C. § 2255.[3]  Since Petitioner did not file an appeal with the Eighth Circuit Court of Appeals, her one-year period to file a § 2255 motion began on July 16, 2006[4] and expired on July 16, 2007.  Petitioner's motion is dated August 5, 2007.[5]

---

[1] Doc. No. 401.

[2] Doc. No. 486.

[3] 28 U.S.C. § 2255, ¶6.

[4] Unappealed federal criminal judgments become final when the time for filing a direct appeal expires.  See *Moshier v. United States*, 402 F.3d 116, 118 (2d Cir. 2005).

[5] The motion was received by the Clerk of the Court and filed on September 13, 2007.

1

Petitioner admits that her motion "is in excess of the statutory period" for filing a habeas petition, but blames this delay on "her inability to understand the law of the United State and not having an effective counsel."[6]  Neither excuse, without more, is sufficient to warrant equitable tolling of the statute of limitations.[7]

## CONCLUSION

Since it was filed after the expiration of limitations provisions of § 2255, Petitioner's Motions to Vacate Under 28 U.S.C. § 2255 (Doc. No. 593) is DENIED.

IT IS SO ORDERED this 28th day of September, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[6] Doc. No. 593.

[7] See *United States v. Martin*, 408 F.3d 1089 (8th Cir. 2005).